# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA <br> v. <br> RICHARD BRADLEY, <br><br> **Defendant** | ) <br> ) <br> ) Case No. 5:24-MJ- 0421 (ML) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of September 9, 2024 in the county of Onondaga in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 922(g)(1) | Possession of a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:
See attached affidavit

☒   Continued on the attached sheet.

*Richard Gardinier 5999*
Complainant's signature

Richard Gardinier, Special Agent
Printed name and title

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: September 13, 2024

*Miroslav Lovric*
Judge's signature

City and State: Binghamton, New York     Hon. Miroslav Lovric, U.S. Magistrate Judge
Printed name and title

**AFFIDAVIT IN SUPPORT OF
<u>AN APPLICATION FOR A CRIMINAL COMPLAINT</u>**

I, Richard Gardinier, being first duly sworn, hereby depose and state as follows:

1. I make this affidavit in support of a criminal complaint charging Richard BRADLEY with violating Title 18, United States Code, Section 922(g)(1).

2. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been since January 2, 2017. As such, I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510 (7).

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter.

4. On September 9, 2024, at approximately 7:28 p.m., the Onondaga County 911 center dispatched officers to respond to the area of a gas station in East Syracuse, New York (the "Gas Station"), following several reports of shots fired.

5. Upon arrival, officers observed two individuals engaged in a scuffle in the parking lot near a dark colored BMW. One of the individuals was later identified as BRADLEY. The other individual identified himself to police by name and is referred to herein as "WITNESS #2." Officers confirmed that the dark colored BMW was registered to BRADLEY. Officers observed what appeared to be a black rifle on the ground nearby.

6. Subsequent interviews revealed the following:

a. A clerk at the Gas Station, who identified herself by name to police (hereinafter "WITNESS 1"), reported observing BRADLEY sitting alone inside of the dark colored BMW, in the parking lot, for at least 15 minutes. WITNESS 1 called 911 after hearing gunshots coming from inside of the dark colored BMW. WITNESS 1 also called WITNESS 2, another store employee, for help.

b. WITNESS 2 arrived at the parking lot prior to police. WITNESS 2 observed BRADLEY standing alone outside of the dark colored BMW, and noticed a rifle on the ground next to him. WITNESS 2 approached BRADLEY and attempted to restrain BRADLEY until first responders arrived. WITNESS 2 was still physically struggling with BRADLEY when police arrived on scene.

7. Law enforcement later located expended shell casings both inside and outside of the dark colored BMW. Additionally, what appeared to be bullet holes were observed on the dark colored BMW, appearing to have come from inside and penetrated through the exterior of the vehicle.

8. After detaining BRADLEY, officers secured the firearm from the ground. The firearm was identified as an Anderson Manufacturing, model AM-15, .300 blackout caliber rifle bearing serial number 21156332 ("the Firearm").

9. BRADLEY was previously convicted of Criminal Mischief in the Third Degree, a Class E felony, on May 9, 2019, in Madison County Supreme Court, New York. BRADLEY was sentenced to five years' probation.

10. I have reviewed the description of the Firearm. Having been previously trained as an Interstate Nexus Expert, it is my opinion that the Firearm was not manufactured in the state of New York and, therefore, has traveled in interstate and/or foreign commerce.

11. In light of the foregoing, I respectfully submit there is probable cause to believe Richard BRADLEY, the defendant, has violated Title 18, United States Code, 922(g)(1) as described herein and I respectfully request the Court authorize the filing of this complaint so that the defendant may be brought to court for further proceedings in accordance with the law.

ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

*Richard Gardinier 5999*
Richard Gardinier
Special Agent

I, the Honorable Miroslav Lovric, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by telephone on the 13th day of September, 2024 in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

*Miroslav Lovric*
Hon. Miroslav Lovric
United States Magistrate Judge